IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PAUL A. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:14-CV-231-D |
| | ) | |
| BOARD OF TRUSTEES OF WAYNE COMMUNITY COLLEGE, KAY ALBERTSON, and SONJA REDMON, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PAUL A. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:14-CV-233-D |
| | ) | |
| BOARD OF TRUSTEES OF WAYNE COMMUNITY COLLEGE, KAY ALBERTSON, and SONJA REDMON, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On April 24, 2014, Paul A. Mitchell ("Mitchell" or "plaintiff"), who is proceeding pro se, filed a motion to remand the action in case number 5:14-CV-233-D [D.E. 9]. On May 15, 2014, Board of Trustees of Wayne Community College, Kay Albertson, and Soja Redmon ("defendants") responded in opposition [D.E. 13].

Mitchell's motion to remand [D.E. 9] is baseless and is DENIED. Defendants' motion to stay [D.E. 14] and Mitchell's motion to strike [D.E. 16] are DISMISSED as moot.

On April 18, 2014, Mitchell filed a separate complaint against the same defendants in this court which bears the case number 5:14-CV-231-D. In Mitchell's "231 complaint," Mitchell adds additional federal and state claims against the same defendants. The court GRANTS Mitchell's motion to proceed in forma pauperis in case number 231 under 28 U.S.C. § 1915 [D.E. 1]. The clerk is directed to file the "231 complaint" and issue the summons that plaintiff prepared. The U.S. Marshal is directed to serve the summons and a copy of the "231 complaint" on defendants.

The court hereby CONSOLIDATES case number 5:14-CV-231-D and case number 5:14-CV-233-D. **All future pleadings shall be filed in and reflect the case file number 5:14-CV-231-D.**

Not later than June 20, 2014, Mitchell shall filed a single amended complaint in case number 5:14-CV-231-D. Mitchell shall include all the claims that he seeks to assert against defendants in a single amended complaint. Once Mitchell files the single amended complaint, defendants shall answer or otherwise respond in accordance with the Federal Rules of Civil Procedure. Until defendants receive that single amended complaint from Mitchell, the court suspends any applicable deadline to answer or otherwise respond to the amended complaint in the 233 case or the complaint in the 231 case.

SO ORDERED. This _23_ day of May 2014.

JAMES C. DEVER III
Chief United States District Judge

2